UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL STAADT

FILED
JUL 1 6 2008
7-16-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CRIMINAL COMPLAINT

CASE NUMBER 08 CR 560

MAGISTRATE JUDGE DENLOW

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 12, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, defendant did,

> by intimidation, take from the person and presence of bank employees, United States Currency belonging to and in the care, custody, control, management, and possession of a Chase Bank branch located at 1240 West Belmont Avenue in Chicago Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

In violation of Title 18, United States Code, Section 2113(a).

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:  X  Yes  ___  No

Signature of Complainant :  _____
JAMES M. STOVER, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

July 16, 2008                                at    Chicago, Illinois
Date                                                City and State

MORTON DENLOW, U.S. Magistrate Judge          _____
Name & Title of Judicial Officer                Signature of Judicial Officer

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF COOK | ) |

I, James M. Stover, being duly sworn under oath, state as follows:

### *Background of Affiant*

1. I am a Special Agent of the Federal Bureau of Investigation (the "FBI") and have been so employed since 1995. I am currently assigned to the FBI, Chicago Field Office's Violent Crimes Task Force. My responsibilities as a special agent include the investigation of various types of violent crimes, including the investigation of bank robberies.

### *Basis and Purpose of Affidavit*

2. The information contained within this affidavit is based on personal knowledge derived from my participation in the investigation described herein, discussions I have had with individuals familiar with the relevant events and circumstances, my review of reports of investigation, observations of certain bank surveillance videos, and information I have obtained from other law enforcement officers also involved in this investigation.

3. The information provided in this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint and does not contain all of the factual information of which I am aware relating to this investigation.

***The Groucho Bandit Robberies***

    4.    The FBI has been investigating the following series of attempted and successful bank robberies that occurred on Chicago's north side from May 29, 2008 through July 12, 2008:

- Bank Robbery #1: The May 29, 2008 robbery of a Fifth Third Bank branch located at 640 West Diversey Parkway;
- Bank Robbery #2: The June 4, 2008 robbery of a Fifth Third Bank branch located at 900 West Armitage Avenue;
- Bank Robbery #3: The June 12, 2008 robbery of a North Community Bank branch located at 2335 North Clark Street;
- Bank Robbery #4: The June 20, 2008 robbery of a North Community Bank branch located at 3180 North Broadway Street;
- Bank Robbery #5: The June 26, 2008 robbery of a Fifth Third Bank branch located at 2785 North Clybourn Avenue;
- Bank Robbery #6: The June 27, 2008 attempted robbery of a Fifth Third Bank branch located at 2627 North Elston Avenue;
- Bank Robbery #7: The June 27, 2008 robbery of a Chase Bank branch located at 2501 North Clark Street;
- Bank Robbery #8: The July 3, 2008 robbery of a Chase Bank branch located at 3868 North Lincoln Avenue; and
- Bank Robbery #9: The July 12, 2008 robbery of a Chase Bank branch located at 1240 West Belmont Avenue.

    5.    Based on their common characteristics, the FBI believed these nine bank robberies were related. The nine victim financial institutions are located on the north side of Chicago within close geographic proximity – in an area approximately two and one half miles from north to south and two miles from east to west. The nine bank robberies were perpetrated by a single individual who robbed the banks by presenting a demand note to victim-tellers. In each instance, the robber retrieved the demand note at the conclusion of the robbery.

6. The victim-tellers interviewed by law enforcement provided comparable descriptions of the perpetrator. They generally described the robber as a Caucasian male in his 30's or 40's of medium build and average height (between 5'6" and 6'0").

7. The FBI was able to obtain bank surveillance videos from each of the nine robberies. Although the quality of the video images from the nine bank robberies varies, the recordings appear to depict the same individual bank robber. Moreover, the bank videos reveal that the perpetrator wore a baseball cap during the robberies. In particular, the robber appeared to wear one hat for five of the nine robberies, and a second, different hat in another two.

8. In the first three robberies, the perpetrator wore what victim-witnesses described as a fake moustache. The bank surveillance videos from those three robberies confirm that the bank robber had a thick, bushy moustache. Based on the fake mustache that he wore during the first three robberies, the FBI assigned this robbery suspect a code name: the "Groucho Bandit."

*The Robbery of the 1240 North Belmont Avenue Chase Bank*

9. On July 12, 2008, a Chase Bank branch located at 1240 North Belmont Avenue, Chicago, Illinois was robbed by an individual who presented a threatening demand note. The perpetrator was a Caucasian male who fit the description of the Groucho Bandit. In particular, at approximately 2:45 p.m., the individual approached a teller window carrying a white envelope in his hand. According to the victim-teller, the

3

individual placed the envelope on the counter but held on to it. The envelope had green writing that read something similar to the following: "YOU HAVE 7 SEC. TO GIVE ME ALL YOUR 100's 50's 20's." The victim-teller observed additional writing on the envelope that he/she could not read. The victim-teller complied with robber's demand, providing the bank robber with money from the teller drawer, including five $20 "bait bills," *i.e.*, United States currency notes of which the serial numbers had been previously recorded by the bank. After receiving the money from the victim-teller, the robber exited the bank.

10. The victim-teller generally described the bank robber as a Caucasian male in his mid 30's, 5'11" to 6'0" in height, approximately 200 lbs, with green or blue eyes, a tan complexion, and wearing a khaki colored cap with sunglasses and a navy blue t-shirt. I have reviewed photographs obtained from the bank's surveillance video which captured images of the bank robber. The video reveals that the bank robber was wearing a white baseball cap with sunglasses on the visor, a blue polo styled shirt with white trim on the neck and sleeves, shorts and gym shoes. Based on my review of the bank surveillance video, I believe this robber was the individual designated as the Groucho Bandit.

11. An audit conducted by bank personnel following the robbery revealed a shortage in the teller's drawer of approximately $7,590.00.

12. On July 12, 2008, Chase Bank was insured by the Federal Deposit Insurance Corporation.

### *The FBI's July 14, 2008 Media Release and the Subsequent Response*

13.  On July 14, 2008, the FBI issued a press release concerning the Groucho Bandit robberies. The media release included bank surveillance video photographs depicting the Groucho Bandit from bank robberies #1, #2 and #6, described in Paragraph 4 above. The press release requested the public's assistance in identifying the Groucho Bandit.

14.  On the evening of July 14, 2008, the FBI received a call from an individual (hereinafter, "Individual #1") who stated that he had reviewed the depictions of the Groucho Bandit on television and the Internet and recognized the Groucho Bandit to be his relative, MICHAEL STAADT. Individual #1 further stated that he had confirmed the identity of STAADT as the Groucho Bandit with another relative (hereinafter, "Individual #2), who had also reviewed the FBI's Groucho Bandit photographs.

15.  Investigating agents subsequently spoke with Individual #2, who stated that he sent STAADT an email after reviewing the FBI's press release photographs, in which he inquired whether STAADT was the Groucho Bandit. Individual #2 stated that he subsequently received a call from STAADT. During their conversation, STAADT acknowledged to Individual #2 that he was the individual identified by the FBI as the Groucho Bandit. Individual #2 told the FBI that according to his telephone's caller identification feature, STAADT had called from a particular telephone number hereinafter referred to as "Telephone Number 1."

16. Later on July 14, 2008, the FBI's Chicago Field Office switchboard operator received numerous calls from a male caller utilizing the Telephone Number 1. Upon being transferred to a special agent, the caller terminated the calls. On one occasion, the individual calling from Telephone Number 1 did not hang up and spoke with an FBI special agent. Although the caller did not identify himself, he admitted to being the Groucho Bandit bank robber.

17. On July 15, 2008, FBI agents met with Individual #1 to show him surveillance photographs from the nine Groucho Bandit bank robberies. Individual #1 positively identified STAADT as the person pictured in a surveillance photograph obtained from the 1240 West Belmont Avenue Chase Bank robbery, as well as in surveillance photographs obtained from bank robberies #2, #5, #6, #7, and #8. Individual #1 was unsure if STAADT was the individual pictured in the remainder of the bank robbery photographs due to the poor quality of the surveillance camera images..

***The Arrest and Interview of MICHAEL STAADT***

18. Later on July 15, 2008, the FBI received a call from Individual #3, an employee at a bar located on North Clark Street in Chicago, who reported that the individual depicted in the FBI's Groucho Bandit press release photographs was a patron at the bar.

19. FBI agents responding to Individual #3's call arrived at the North Clark Street bar at approximately 6:00 p.m. on the evening of July 15, 2008. The investigating

agents arrested MICHAEL STAADT when he exited the bar to smoke a cigarette at approximately 6:10 p.m.

20. The arresting agents then transferred STAADT to the FBI's Chicago Field Office. There, agents advised STAADT of his *Miranda* rights. STAADT agreed to waive those rights and speak with the agents.

21. In response to agent inquiries, STAADT admitted to being the Groucho Bandit. In particular, STAADT told the agents that he had committed the eight bank robberies and the attempted bank robbery listed in Paragraph 4, above. STAADT was able to identify all of the victim banks by name and/or general location.

22. The investigating agents presented STAADT with photographs obtained from the bank surveillance videos obtained from each of the nine robberies. STAADT identified himself as the Groucho Bandit in all of the surveillance photographs, including the image obtained from the 1240 West Belmont Avenue Chase Bank branch. STAADT further told the investigating agents that he had worn a fake moustache in his first several robberies. Finally, STAADT told the investigating agents that his cellular telephone number was Telephone Number 1.

23. At the time of his arrest, STAADT was in possession of United States Currency, including five $20 bills. I have reviewed the serial numbers on those five $20 bills and determined that those serial numbers match the serial numbers from the five $20 bait bills that were reported stolen from the 1240 West Belmont Avenue Chase Bank on

July 12, 2008.

24.   During his interview, STAADT told investigating agents that he rented a particular storage unit located on Chicago's north side. STAADT signed a consent to search form permitting the agents to search the unit and provided the agents his keys, access card and code to enter the locker. Investigating agents searched the unit on the morning of July 16, 2008. Inside, agents discovered a Chase Bank business card from the 1240 West Belmont Avenue bank branch. In addition, agents discovered a blue polo shirt with white trim that appears to be the same shirt worn by the 1240 West Belmont Avenue bank robber.

*Conclusion*

25. Based on the foregoing, I respectfully submit there exists probable cause to believe that MICHAEL STAADT, by intimidation, took from the person and presence of bank employees, United States Currency belonging to and in the care, custody, control, management, and possession of the Chase Bank branch located at 1240 West Belmont Avenue in Chicago Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18 U.S.C. Section 2113(a).

Further affiant sayeth not,

JAMES M. STOVER
Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before
me this 16th day of July, 2008

MORTON DENLOW
U.S. Magistrate Judge