# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 560 - 1 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. Michael Staadt | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 7/15/08. Defendant informed of rights. Enter order appointing Daniel Martin to represent defendant. Defendant to remain in custody pending preliminary examination and detention hearing set for 7/23/08 at 11:00 a.m.

■ [ For further detail see separate order(s).]        Docketing to mail notices.

00:09

| | U.S. DISTRICT COURT | Courtroom Deputy Initials: | DK |
|---|---|---|---|

2008 JUL 17 AM 8:17

FILED