

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 560 - 1 | **DATE** | 7/23/2008 |
| **CASE TITLE** | USA vs. Michael Staadt | | |

**DOCKET ENTRY TEXT**

Oral motion of Daniel Martin to withdraw as counsel for the defendant is granted. Thomas Durkin and Janice Roberts are granted leave to file their appearance as counsel for the defendant. Defendant to remain in custody pending preliminary examination and detention hearing set for 7/29/08 at 1:30 p.m. Based on the pretrial service report and the representations of defense counsel, the Court request that the Marshals have a psychiatrist examine the defendant.

*Morton Denlow*

■ [ For further detail see separate order(s).]                                    Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|