

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case  **08 CR 560**

**USA**
**v**
**Michael Staadt**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR

**FILED**
**7-23-08**
JUL 23 2008

**MAGISTRATE JUDGE**
**MORTON DENLOW**

| | |
|---|---|
| SIGNATURE s/ | |
| FIRM | **Durkin & Roberts** |
| STREET ADDRESS | **53 W. Jackson, Ste. 615** |
| CITY/STATE/ZIP | **Chicago, IL 60604** |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **0697966** | TELEPHONE NUMBER **312-981-0123** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |