## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Morton Denlow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 560 - 1 | **DATE** | 7/29/2008 |
| **CASE TITLE** | USA vs. Michael Staadt | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 7/31/08 at 1:45 p.m.   The Marshal are directed to have defendant receive medical attention prior to 7/31/08.

*Morton Denlow*

■ [ For further detail see separate order(s).]     Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | DK |
|---|---|---|

Case 1:08-cr-00560   Document 9   Filed 07/29/2008   Page 1 of 1

08CR560 - 1 USA vs. Michael Staadt                                                                 Page 1 of 1