Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 560 - 1 | **DATE** | 8/5/2008 |
| **CASE TITLE** | USA vs. Michael Staadt | | |

**DOCKET ENTRY TEXT**

Defendant waives his right to a preliminary examination hearing. Defendant ordered bound to the District Court for further proceedings. Detention hearing held. Defendant is released on a $4,500.00 own recognizance bond. The Court orders the defendant to report to The Gateway Foundation's in-patient program until further order of Court. The Court orders that the defendant is to be released from custody on 8/7/08, in the morning, to his brother, Matthew Staadt, who will transfer the defendant to the custody of The Gateway Foundation Facility. Upon the defendant's release, The Court orders McHenry County to provide defendant with at least a 2 -day supply of the medication that he was receiving during his stay. (Halidol, Rimron, Centrograde and/or any medication prescribe during his stay). Status hearing set for 9/4/08 at 2:00 p.m.

Docketing to mail notices.

00:45

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|