UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 0 6 2008
AUG 06, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 560 |
| v. ) | |
| ) | Violation: Title 18, United States Code, |
| MICHAEL STAADT ) | Section 2113(a). |

JUDGE DER-YEGHIAYAN

COUNT ONE        MAGISTRATE JUDGE DENLOW

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about July 12, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

MICHAEL STAADT,

defendant herein, by intimidation, did take from the person and presence of a bank employee approximately $7,590 in United States currency belonging to and in the care, custody, control, management, and possession of Chase Bank, 1240 West Belmont Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about June 27, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

MICHAEL STAADT,

defendant herein, by intimidation, did take from the person and presence of a bank employee approximately $8,395 in United States currency belonging to and in the care, custody, control, management, and possession of Chase Bank, 2501 North Clark Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

In violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about May 29, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

MICHAEL STAADT,

defendant herein, by intimidation, did take from the person and presence of a bank employee approximately $2,624 in United States currency belonging to and in the care, custody, control, management, and possession of Fifth Third Bank, 640 West Diversey Parkway, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

In violation of Title 18, United States Code, Section 2113(a).

## FORFEITURE ALLEGATION

The SPECIAL MARCH 2007 GRAND JURY further charges:

1. The allegations contained in Counts One through Three of this Indictment are re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violations of Title 18, United States Code, Section 2113(a) as alleged in the foregoing Indictment,

MICHAEL STAADT,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in property constituting, derived from, and traceable to, proceeds obtained, directly or indirectly, as a result of the defendant's violation of Title 18, United States Code, Section 2113.

3. The interests of the defendant subject to forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c), include, but are not limited to approximately $1,104 in United States Currency.

4. If any of the property or funds described above as a result of any act or omission of the defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or deposited with a third party;

    c.    Has been placed beyond the jurisdiction of the court; or

    d.    Has been commingled with other property which cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to provisions of Title 21, United States Code 853(p) to seek forfeiture of substitute property belonging to the defendant;

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY