


**Felony**
**NF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**FILED**
**AUG X 6 2008**
**MAGISTRATE JUDGE JEFFREY COLE**
**UNITED STATES DISTRICT COURT**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES X   If the answer is "Yes", list the case number and title of the earliest filed complaint:

   08 CR 560, United States v. Michael Staadt, Delow

   **JUDGE DER-YEGHIAYAN**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   **MAGISTRATE JUDGE DENLOW**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   **FELONY X**   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO X   YES ☐

8) **Does this indictment or information include a conspiracy count?**   NO X   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)         ☐ Income Tax Fraud ........... (II)      ☐ DAPCA Controlled Substances .... (III)
   ☐ Criminal Antitrust (II)              ☐ Postal Fraud ............... (II)      ☐ Miscellaneous General Offenses .... (IV)
   X Bank robbery .......... (II)         ☐ Other Fraud ................ (III)     ☐ Immigration Laws ............. (IV)
   ☐ Post Office Robbery .... (II)        ☐ Auto Theft ................. (IV)      ☐ Liquor, Internal Revenue Laws .... (IV)
   ☐ Other Robbery ......... (II)         ☐ Transporting Forged Securities .. (III) ☐ Food & Drug Laws ............. (IV)
   ☐ Assault ............... (III)        ☐ Forgery .................... (III)     ☐ Motor Carrier Act ............ (IV)
   ☐ Burglary .............. (IV)         ☐ Counterfeiting ............. (III)     ☐ Selective Service Act ........ (IV)
   ☐ Larceny and Theft ..... (IV)         ☐ Sex Offenses ............... (II)      ☐ Obscene Mail ................ (III)
   ☐ Postal Embezzlement ... (IV)         ☐ DAPCA Marijuana ............ (III)     ☐ Other Federal Statutes ...... (III)
   ☐ Other Embezzlement .... (III)        ☐ DAPCA Narcotics ............ (III)     ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.

   TITLE 18, UNITED STATES CODE, SECTION 2113(a)

   _____
   Assistant United States Attorney

(Revised 12/99)