Minute Order Form (06/97)

08 GJ 745  NF

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | 08 GJ 0560 CR | Sitting Judge If Other than Assigned Judge | August 6, 2008 |
|---|---|---|---|
| CASE NUMBER | US v. MICHAEL STAADT | DATE | |
| CASE TITLE | | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL MARCH 2007 Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

FILED
AUG X 6 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

JUDGE DER-YEGHIAYAN

MAGISTRATE JUDGE DENLOW

DOCKET ENTRY:

NO BOND SET, DETAINED BY MAGISTRATE.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                   UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET #