## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                         Case No.: 1:08–cr–00560
                                                        Honorable Samuel Der–Yeghiayan

Michael Staadt
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 8, 2008:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan as to Defendant Michael Staadt: Defendant's request to continue arraignment and plea is granted without objection. Arraignment and plea reset to 08/20/08 at 9:30 a.m. Arraignment and Plea set for 08/13/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.