## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 560 | **DATE** | 8/20/2008 |
| **CASE TITLE** | USA vs. Michael Staadt | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant pleads not guilty to each charge of each count of the Indictment. Rule 16.1 conference to be held by 08/27/08. Pretrial motions to be filed by 10/03/08. Status hearing set for 10/15/08 at 9:00 a.m. to set a date for responses to pretrial motions. In the interest of justice, the Government's oral motion to exclude time through and including 10/15/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. Conditions of release previously set by the Magistrate Judge are to stand.   (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|